# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

## ROGERS GROUP, INC. v. T. W. COMER, ET AL.

**Chancery Court for Sumner County**
**No. 99C-351**

---

**No. M2000-01928-COA-R3-CV - Filed March 15, 2001**

---

## ORDER

In accordance with the opinion of this court in *Elizabeth Nicoll Doramus, et al. v. Rogers Group, Inc., and T. W. Comer*, No. M1998-00918-COA-R3-CV (Tenn. Ct. App. Feb. 28, 2001), the judgment of the court below is affirmed and the cause is remanded to the Chancery Court of Sumner County for any further proceedings that may become necessary.

Tax the costs on appeal to the appellant, James V. Doramus, on behalf of Elizabeth Nicoll Doramus and Victoria Lynn Doramus.

_____
BEN H. CANTRELL, PRESIDING JUDGE, M.S.

_____
WILLIAM B. CAIN, JUDGE

_____
PATRICIA J. COTTRELL, JUDGE